Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Western District of Texas**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  Reavis Rehab & Wellness Center, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**  7 4 – 2 7 4 5 2 9 4

**4. Debtor's address**

Principal place of business:
1201 S. IH 35
Number    Street
Round Rock, TX 78664
City              State    ZIP Code

Williamson
County

Mailing address, if different from principal place of business:
Number    Street
City              State    ZIP Code

Location of principal assets, if different from principal place of business:
Number    Street
City              State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Reavis Rehab & Wellness Center, Inc.** Case number *(if known)* _____
   Name

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
              MM / DD / YYYY
         District _____ When _____ Case number _____
              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____
         District _____ When _____
              MM / DD / YYYY
         Case number, if known _____

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page **2**

Debtor **Reavis Rehab & Wellness Center, Inc.**  Case number *(if known)* _____
　　　　Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard?
　_____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　　Number　　Street

_____　_____　_____
City　　　　　　　　　　　　　　　　　　　　　　State　　ZIP Code

**Is the property insured?**

☐ No

☐ Yes.　Insurance agency _____
　　　　Contact name　_____
　　　　Phone　　　　 _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49　　☐ 50-99　　☐ 1,000-5,000　　☐ 5,001-10,000　　☐ 25,001-50,000　　☐ 50,000-100,000
☐ 100-199　☐ 200-999　☐ 10,001-25,000　　　　　　　　　　☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000　　　　　　☐ $1,000,001-$10 million　　☐ $500,000,001-$1 billion
☐ $50,001-$100,000　　　☐ $10,000,001-$50 million　　☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000　　 ☐ $50,000,001-$100 million　 ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million　　☐ $100,000,001-$500 million　☐ More than $50 billion

Debtor **Reavis Rehab & Wellness Center, Inc.**    Case number *(if known)* _____
  Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/30/2025**
           MM/ DD/ YYYY

X **/s/ Charise Boone**                                **Charise Boone**
Signature of authorized representative of debtor        Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Stephen W Sather**      Date **01/30/2025**
Signature of attorney for debtor            MM/ DD/ YYYY

**Stephen W Sather**
Printed name

**Barron & Newburger, P.C.**
Firm name

**7320 N. MoPac Expressway 400**
Number    Street

**Austin**                          **TX**       **78731**
City                                State      ZIP Code

**(512) 649-3243**                  **ssather@bn-lawyers.com**
Contact phone                       Email address

**17657520**                        **TX**
Bar number                          State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **4**

Fill in this information to identify the case:

Debtor name: **Reavis Rehab & Wellness Center, Inc.**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | U.S. Small Business Administration<br>Little Rock Commercial Loan Processing Center 2120 Riverfront Drive, Suite 100<br>Little Rock, AR 72202 | | Deficiency claim | Disputed Unliquidated | | | $3,000,000.00 |
| 2 | Internal Revenue Service<br>Centralized Insolvency Office<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | | | | | | $210,473.00 |
| 3 | Tri Marsh Realty, LLC<br>917 Palos Verdes Trl<br>Southlake, TX 76092-6823 | (972) 480-1788 | Unsecured Debt | | | | $33,920.00 |
| 4 | Charise Boone<br>3808 Pebble Court<br>Round Rock, TX 78664 | (512) 657-0800 | Unsecured Debt | | | | $5,825.22 |
| 5 | United States Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0150 | | Tax Owed | | | | $1,302.00 |
| 6 | ReadyGoSwim, LLC<br>1201 South IH-35 Suite 115<br>Round Rock, TX 78664 | | Unsecured Debt | | | | $825.00 |
| 7 | Jo Cockburn<br>400 Dillo Trl<br>Liberty Hill, TX 78642-6281 | (512) 778-6683 | Unsecured Debt | | | | $790.62 |
| 8 | NewLane Finance Company<br>Po Box 7358<br>Philadelphia, PA 19101-7358 | (267) 768-3196 | Unsecured Debt | | | | $633.04 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 1

Debtor  **Reavis Rehab & Wellness Center, Inc.**  Case number *(if known)* _____
       Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | SPBS, Inc.<br>4431 Long Prairie Rd Ste 100<br>Flower Mound, TX 75028-1753 | | Unsecured Debt | | | | $558.57 |
| 10 | APG&E Electric<br>Po Box 660038<br>Dallas, TX 75266-0038 | (877) 544-4857 | Unsecured Debt | | | | $444.32 |
| 11 | Larry Gaddes, PCAC, CTA<br>CTA Tax Asessor-Collector<br>904 S Main St<br>Georgetown, TX 78626-5829 | (512) 943-1603 | Taxes Owed | | | | $413.18 |
| 12 | Pat Sibigtroth<br>2412 Walsh Dr<br>Round Rock, TX 78681-1420 | | Unsecured Debt | | | | $240.00 |
| 13 | Rollie Dorsett<br>804 Chisholm Valley Dr<br>Round Rock, TX 78681-7468 | | Unsecured Debt | | | | $240.00 |
| 14 | Andrew Phebus<br>3038 Isabella Ln<br>Round Rock, TX 78665-3966 | | Unsecured Debt | | | | $210.05 |
| 15 | Marianne Wines<br>1613 Hermitage Dr<br>Round Rock, TX 78681-1984 | | Unsecured Debt | | | | $200.00 |
| 16 | Quill Corporation<br>Po Box 37600<br>Philadelphia, PA 19101-0600 | (800) 789-8965 | Unsecured Debt | | | | $161.44 |
| 17 | Rebekah Hansell<br>620 Lavaca Loop<br>Elgin, TX 78621-5984 | | Unsecured Debt | | | | $158.86 |
| 18 | SpectrumVoIP<br>Po Box 733619<br>Dallas, TX 75373-3619 | (800) 713-2396 | Unsecured Debt | | | | $138.96 |
| 19 | Sylvie Uwimana | | Unsecured Debt | | | | $129.00 |
| 20 | Dyezz Survellance & Security Inc.<br>c/o Cornerstone Billing<br>Po Box 428<br>Bedford Park, IL 60499-0428 | | Unsecured Debt | | | | $118.14 |

Official Form 204      **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Reavis Rehab & Wellness Center, Inc.**  CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **01/30/2025**  Signature  **/s/ Charise Boone**
Charise Boone, President

Andrew Phebus
3038 Isabella Ln
Round Rock, TX 78665-3966

APG&E Electric
Po Box 660038
Dallas, TX 75266-0038

Balcone Shred
PO Box 679901
Dallas, TX 75267-9901

Bethany Randolph
3705 Eagle Way
Round Rock, TX 78681-1668

Brenda Masselink
3561 Ashmere Loop
Round Rock, TX 78681-1013

Charise Boone
3808 Pebble Court
Round Rock, TX 78664

Danita Palmer
1122 Bryce Cyn
Pflugerville, TX 78660-5886

Dyezz Survelliance & Security Inc.
c/o Cornerstone Billing
Po Box 428
Bedford Park, IL 60499-0428

Emily Marshall
523 Luther Drive Unit # B
Georgetown, TX 78628

Hatch McIntosh
1582 Monterosa Loop
Round Rock, TX 78665-1389

Internal Revenue Service
Centralized Insolvency Office
Po Box 7346
Philadelphia, PA 19101-7346

Isaiah Sanabria
15450 Fm 1325 Apt 2418
Austin, TX 78728-2859

Jennifer Snavely
601 E Oak Dr
Round Rock, TX 78664-3248

Jo Cockburn
400 Dillo Trl
Liberty Hill, TX 78642-6281

Judy Whitfield
903 Ranch Rd
Georgetown, TX 78628-3503

Kim Meyer
1715 Parkside Cir
Round Rock, TX 78664-6906

Kim Wade
2308 Cedar Branch Dr
Austin, TX 78727-3150

Kingston Picanco
2033 Judge Fisk Ct
Leander, TX 78641-3779

Larry Gaddes, PCAC, CTA
CTA Tax Asessor-Collector
904 S Main St
Georgetown, TX 78626-5829

Marianne Wines
1613 Hermitage Dr
Round Rock, TX 78681-1984

Micahel Dimambro
2670 S AW Grimes Blvd Apt 2205
Round Rock, TX 78664-2845

Nathanael Morales
7101 Ritchie Drive
Austin, TX 78724

New You Weight Loss

NewLane Finance Company
Po Box 7358
Philadelphia, PA 19101-7358

Nicole Roblin
1701 S Heatherwilde Blvd Apt 190
Pflugerville, TX 78660-6255

Pat Sibigtroth
2412 Walsh Dr
Round Rock, TX 78681-1420

Quill Corporation
Po Box 37600
Philadelphia, PA 19101-0600

ReadyGoSwim, LLC
1201 South IH-35 Suite 115
Round Rock, TX 78664

Rebekah Hansell
620 Lavaca Loop
Elgin, TX 78621-5984

Rollie Dorsett
804 Chisholm Valley Dr
Round Rock, TX 78681-7468

Shanna Howard
16311 Mill Creek Road
Pflugerville, TX 78660

SPBS, Inc.
4431 Long Prairie Rd Ste 100
Flower Mound, TX 75028-1753

SpectromVoIP  
Po Box 733619  
Dallas, TX 75373-3619

Sylvie Uwimana

Timothy Nurullaev  
16709 Tomcat Dr  
Round Rock, TX 78681-3677

Toyin Bakare  
709 Tom Kite Dr  
Round Rock, TX 78664-3987

Trevor Dillon  
18937 Edinburgh Castle Rd  
Pflugerville, TX 78660-7574

Tri Marsh Realty, LLC  
917 Palos Verdes Trl  
Southlake, TX 76092-6823

Trimarsh Properties, LP  
2774 E. Trinity Mills Rd. Suite 100  
Carrollton, TX 75006

U.S. Attorney General  
Department of Justice  
950 Pennsylvania Avenue NW  
Washington, DC 20530

U.S. Attorney IRS
Attn: Civil Processing Clerk
601 NW Loop 410 Suite 600
San Antonio, TX 78216

U.S. Small Business Administration
Little Rock Commercial Loan Processing Center 2120 Riverfront Drive, Suite 100
Little Rock, AR 72202

United States Treasury
Internal Revenue Service
Cincinnati, OH 45999-0150